UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LERONE SAVAGE,<br><br>       Plaintiff,<br><br>  -against-<br><br>HONGMIAN GONG,<br><br>       Defendant. | 24-CV-1475 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant is hereby ordered to respond to the complaint by March 19, 2024.

  SO ORDERED.

Dated: February 28, 2024
    New York, New York

                        _____
                           ARUN SUBRAMANIAN
                          United States District Judge